**John W. Villines (CA SBN 193672)**
**JV LAW**
**915 14th Street**
**Modesto, CA  95354**
*Mailing Address***:**
**P.O. Box 580049**
**Modesto, CA  95358-0002**
**Tel:  (209) 538-9903**
**Fax: (209) 538-6655**
**E-Mail:  john@jvlaw.net**

**Attorneys for Plaintiff RANGEL INSURANCE AGENCY, INC.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RANGEL INSURANCE AGENCY, INC., a California Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>LOW-COST INURANCE SERVICES, INC. a California Corporation; LARRY LEONIDAS, an individual;<br><br>    Defendant. | Case No.:  1:05-CV-00853 REC LJO<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff RANGEL INSURANCE AGENCY, INC. has filed and served on all parties a Notice of Voluntarily Dismissal.

IT IS ORDERED that the above-captioned action, *Rangel Insurance Agency, Inc. v. Low-Cost Insurance Services, Inc., et al.*, Case Number 1:05-CV-00853 REC LJO, be, and hereby is, dismissed **without** prejudice.

Dated:  __August 16, 2005         _____/s/ ROBERT E. COYLE
                                                        Honorable Robert E. Coyle

-1-

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com